United States District Court
Southern District of Texas
**ENTERED**
October 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBARITA RUIZ, § § Plaintiff, § § VS. § UNITED HEALTHCARE SERVICES, INC., § § Defendant. § | CIVIL ACTION NO. 4:24-CV-00254 |

## ORDER OF DISMISSAL WITH PREJUDICE

On August 27, 2025, Plaintiff Barbarita Ruiz and Defendant United Healthcare Services, Inc. filed a Joint Stipulation of Dismissal with Prejudice (Docket No. 9) stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Court accepts the stipulation and this action is hereby DISMISSED WITH PREJUDICE against refiling the same.

Each party will bear its own costs.

It is so ORDERED.

SIGNED on October 21, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1